654

No. —, original. EX PARTE JOHN J. COLEMAN. November 22, 1937. The motion for leave to file petition for writ of habeas corpus is denied.

No. —, original. EX PARTE ROBERT GRAY TAYLOR ET AL. November 22, 1937. The motion for leave to file brief is denied.

No. —, original. EX PARTE VICTOR J. EVANS. November 6, 1937. The motion for leave to file petition for writ of habeas corpus is denied.

No. —. COMMERCIAL TELEGRAPHERS' UNION v. MADDEN ET AL. December 6, 1937. The application for stay pending determination of petition for writ of certiorari is denied.

No. 396. KELLOGG COMPANY v. NATIONAL BISCUIT Co. December 6, 1937. The petition to stay injunction is denied. *Messrs. W. H. Crichton-Clarke, Edward S. Rogers,* and *Robert T. McCracken* for petitioner. *Messrs. Thomas G. Haight, David A. Reed, Drury W. Cooper,* and *Charles A. Vilas* for respondent.

No. 21. GROMAN v. COMMISSIONER OF INTERNAL REVENUE. December 6, 1937. The opinion filed November 8, 1937, is amended by striking from the second paragraph on page 5 thereof the sentence "Glidden transferred nothing to them.", and by striking from the next sentence but one the words "and prior preference stock,". The petition for rehearing is denied.